Edwin Aiwazian, California Bar No. 232943
edwin@calljustice.com
Elizabeth Parker-Fawley, California Bar No. 301592
elizabeth@calljustice.com
Arman Marukyan, California Bar No. 327150
arman@calljustice.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile:  (818) 265-1021

*Attorneys for* Plaintiff

Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Karina Lo, California Bar No. 322909
karina.lo@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California  92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100

*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY MILLAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURI CONSTRUCTION GROUP, an unknown business entity; CENTURI GROUP, INC., an unknown business entity; NPL CONSTRUCTION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00870 FLA (KKx)<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B<br><br>**JOINT NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that, Plaintiff ANTHONY MILLAN ("Plaintiff") and Defendants CENTURI CONSTRUCTION GROUP, INC.; CENTURI GROUP, INC.; and NPL CONSTRUCTION CO. (collectively, "Defendants," and together with Plaintiff as the "Parties") have reached a settlement on an individual basis. The Parties respectfully request the Court vacate all dates and deadlines to allow the Parties to finalize and obtain the necessary signatures for the long-form settlement agreement and present the Court with a voluntary dismissal.

Dated: July 1, 2022

**LAWYERS *for* JUSTICE, PC**

By: */s/ Edwin Aiwazian*

Edwin Aiwazian
Arby Aiwazian
Elizabeth Parker-Fawley
Arman Marukyan
*Attorneys for* Plaintiff

Dated: June 30, 2022

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Christopher Archibald*

Allison C. Eckstrom
Christopher J. Archibald
Karina Lo
*Attorneys for* Defendants

---

1

JOINT NOTICE OF SETTLEMENT