JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MILLAN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CENTURI CONSTRUCTION GROUP, an unknown business entity; CENTURI GROUP, INC., an unknown business entity; NPL CONSTRUCTION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:21-cv-00870-FLA (KKx)<br><br>**ORDER DISMISSING ENTIRE ACTION [DKT. 30]** |

## **ORDER**

On August 31, 2022, the parties filed a Joint Stipulation for Dismissal ("Stipulation"), requesting the court dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation ORDERS the entire above-captioned action be dismissed as follows:

1. Plaintiff's individual claims are dismissed with prejudice.
2. The claims of other allegedly aggrieved employees under the California Private Attorney General Act of 2004 are dismissed without prejudice.
3. Each party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 1, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge